PD-0863-15

| | | |
|---|---|---|
| JOSE VELEZ | § | IN THE COURT OF |
| V. | § | CRIMINAL APPEALS |
| STATE OF TEXAS | § | OF TEXAS |

PRO SE MOTION REQUESTING LEAVE TO FILE
AN ORIGINAL COPY ONLY OF THE PETITION
FOR        DISCRETIONARY        REVIEW

FILED IN
COURT OF CRIMINAL APPEALS

JUL 14 2015

Abel Acosta, Clerk

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:

COMES NOW, petitioner in the above styled and numbered cause and respectfully moves this Honorable Court to grant leave to file an original copy only of his petition for discretionary review. In support he would show as follows:

1. The Style and number in the First Court of Appeals in Houston is: Jose Velez v. State, Appeal No. 01-14-00544-CR.

2. Petitioner moves that pursuant to Rule 2,T.R.AP., that this Court Suspend Rule 9.3(b), T.R.A.P. that requires the filing of eleven(11) copies of the Petition for Discretionary Review with the Court.

3. The facts relied on are as follows: Petitioner is indigent and incarcerated and does not have access to photo copier. It is the policy of the TDCJ-CID (Coffield Unit) where petitioner is housed not to allow offenders access to copying materials. He is not currently represented by counsel and intends to file a "Pro se Petition for Discretionary".

WHEREFORE, PREMISES CONSIDERED, petitioner respectfully requests that this Honorable Court grant leave to file an original copy only of his Petition for Discretionary Review with the Court.

Respectfully submitted

*Jose Velez*
Jose Velez/#1930040
Coffield Unit
2661 FM 2054
Tennessee Colony,Tx 75884

-1-

## CERTIFICATE OF SERVICE

Petitioner hereby certifies that a true and correct copy of this motion requesting leave to file an original copy only of his petition for discretionary review was sent via U.S. mail postage prepaid to the Clerk of the Court of Criminal Appeals of Texas by placing same in the mail receptacle at the Coffield Unit. Executed on this _8th_ day of _July_ 2015. _Jose Velez_

signature

## UNSWORN DECLARATION

I, Jose Velez, being presently incarcerated in the Coffield Unit of TDCJ-CID located in Anderson County, Texas declare under penalty of perjury that the foregoing is true and correct according to my belief. Executed on this _8th_ day of _July_ 2015.

_Jose Velez_

Jose Velez #1930040
Coffield Unit
2661 FM 2054
Tennessee Colony,Tx 75884